United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-13640-amc
Andrea Santiago-Rivera                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 2          Date Rcvd: Sep 18, 2018
                              Form ID: 138NEW            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db            +Andrea Santiago-Rivera,    204 W. Godfrey Avenue,     Philadelphia, PA 19120-1408
13033130     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13095433      +Bank of America, N.A.,    c/o KML Law Group, P.O.,     701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
13066678      +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13033136       Law Office of Curtis O Barnes, PC,     P.O. Box 1390,    Anaheim, CA 92815-1390
13033138       PA Dept. of Revenue,    Bureau of Individual Taxes,     Dept. 280431,   Harrisburg, PA 17128-0431
13436762      +WILMINGTON SAVINGS FUND SOCIETY, FSB,     c/o Rushmore Loan Management Services,
               15480 Laguna Canyon Road,    Irvine CA 92618-2132
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:39:53     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2018 02:39:43      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13119781       E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:39:54
               City of Philadelphia Law Department,    Tax Unit - Bankruptcy,     Municipal Services Building,
               1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
13033132      +E-mail/Text: bk.notifications@jpmchase.com Sep 19 2018 02:38:50       Chase,   Po Box 901076,
               Ft Worth, TX 76101-2076
13033133      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 19 2018 02:38:46       Comenity Bank/Fashbug,
               Po Box 182272,    Columbus, OH 43218-2272
13033134      +E-mail/Text: electronicbkydocs@nelnet.net Sep 19 2018 02:39:25       Dept Of Education/Neln,
               121 S 13th St,    Lincoln, NE 68508-1904
13033135      +E-mail/Text: cio.bncmail@irs.gov Sep 19 2018 02:38:39       Internal Revenue Service,
               600 Arch Street, Room 5200,    Philadelphia, PA 19106-1611
13094592       E-mail/Text: bk.notifications@jpmchase.com Sep 19 2018 02:38:50       JP Morgan Chase Bank, N.A.,
               National Bankruptcy Department,    P.O. Box 29505, AZ1-1191,    Phoenix, AZ 85038-9505
13079894       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:39:07
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg PA 17128-0946
13089923       E-mail/Text: bnc-quantum@quantum3group.com Sep 19 2018 02:38:53
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
13085046       E-mail/PDF: cbp@onemainfinancial.com Sep 19 2018 02:51:27      SPRINGLEAF FINANCIAL SERVICES,
               61 W CHELTENHAM AVE STE L,    CHELTENHAM PA 19012
13033139       E-mail/PDF: cbp@onemainfinancial.com Sep 19 2018 02:52:24      Springleaf Financial S,
               753 W Cheltenham Ave Ste,    Elkins Park, PA 19027
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13033137       Miguel Rodriguez
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
13033131*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank Of America, N.A.,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
                                                                                TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                  Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore            Page 2 of 2                   Date Rcvd: Sep 18, 2018
                              Form ID: 138NEW            Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Andrea  Santiago-Rivera dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    BANK OF AMERICA, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Andrea Santiago−Rivera
    Debtor(s)

Bankruptcy No: 13−13640−amc
Chapter: 13

---

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/18/18

49 – 48
Form 138_new